# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2983

_____

Philip J. Simon,

        Appellant,

    v.

Warden M. Cruz,

        Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: April 7, 2010
Filed: April 12, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate Philip J. Simon appeals the district court's[1] denial of his petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241. Upon de novo review, see Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam), we conclude that habeas relief was properly denied. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.